IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, INC. and MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA,<br><br>                      Plaintiffs,<br><br>v.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE COMPANY and ILLINOIS UNION INSURANCE COMPANY,<br><br>                      Defendants. | Civil Action No.: 1:19-cv-11690<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Defendant, ACE Property and Casualty Insurance Company ("ACE"), by and through its attorneys, for its Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states as follows. Chubb Limited is the ultimate and indirect owner of 100% of the stock of ACE. Chubb Limited is traded on the New York Stock Exchange under the ticker CB (NYSE: CB). No publicly held corporation owns 10% or more of the stock of Chubb Limited.

Dated: New York, New York
       December 20, 2019

                                              Respectfully submitted,

By: _____
                                          J. Gregory Lahr
                                          Cara C. Vecchione
                                          Elise A. Smith
                                          Robinson & Cole LLP
                                          666 Third Avenue, 20th Floor
                                          New York, New York 10017
                                          Phone: 212-451-2900
                                          *Attorneys for Defendants ACE Property and Casualty Insurance Company and Illinois Union Insurance Company*