UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED SPECIALTY INSURANCE
COMPANY, INC. and MITSUI
SUMITOMO INSURANCE COMPANY OF
AMERICA,

                Plaintiffs,

- against -

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY, ILLINOIS
NATIONAL INSURANCE COMPANY and
ILLINOIS UNION INSURANCE
COMPANY,

                Defendants.

**ORDER**

19 Civ. 11690 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference currently scheduled for May 7, 2020 is adjourned to **June 4, 2020 at 11:00 a.m.**

Dated:  New York, New York
        April 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge