UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, INC. and MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA,<br><br>                    Plaintiffs,<br><br>            - against -<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE COMPANY and ILLINOIS UNION INSURANCE COMPANY,<br><br>                    Defendants. | **ORDER**<br><br>19 Civ. 11690 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for **June 4, 2020** is adjourned to **July 2, 2020 at 11:00 a.m.** and will take place by telephone.  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  No later than **June 30, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

Dated: New York, New York
      May 29, 2020

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge